SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
KAJSA M. MINOR (Bar #251222)
kminor@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
SIMPSON STRONG-TIE COMPANY INC.

FOLEY & LARDNER LLP
EILEEN R. RIDLEY, ESQ.
eridley@foley.com
ALAN R. OUELLETTE, ESQ.
aouellette@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: (415) 434-4484
Facsimile: (415) 434-4507

Attorneys for Defendant
OZ-POST INTERNATIONAL, LLC dba
OZCO BUILDING PRODUCTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMPSON STRONG-TIE COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> OZ-POST INTERNATIONAL, LLC dba OZCO BUILDING PRODUCTS, <br><br> Defendant. | Case No. 3:18-cv-01188 WHO <br><br> **ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. William H. Orrick <br><br> Complaint filed: February 23, 2018 |

Case No.
3:18-cv-01188 WHO

ORDER GRANTING STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

1  Good cause having been shown, the initial Case Management Conference ("CMC")
2  scheduled for June 5 at 2:00 P.M. is continued, and shall be held on June 26 at 2:00 P.M. in
3  Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. All deadlines
4  based on the date of the CMC are reset accordingly.

6  IT IS SO ORDERED.

8  Dated: May 25, 2018

_____
HONORABLE WILLIAM H. ORRICK
NORTHERN CALIFORNIA UNITED
STATES DISTRICT COURT JUDGE

- 1 -

Case No.
3:18-cv-01188 WHO

ORDER GRANTING STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE