# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMPSON STRONG-TIE COMPANY INC., <br><br> Plaintiff, <br><br> vs. <br><br> OZ-POST INTERNATIONAL, LLC dba OZCO BUILDING PRODUCTS, <br><br> Defendant. | Case No. 3:18-cv-01188-WHO <br><br> **ORDER GRANTING STIPULATION REGARDING MOTION TO DISQUALFY COUNSEL BRIEFING SCHEDULE** <br><br> Judge: Hon. William H. Orrick <br><br> Complaint Filed: February 23, 2018 |

Pursuant to stipulation and good cause having been shown, the Court sets the following briefing schedule on Plaintiff's Notice of Motion and Motion to Disqualify Counsel (ECF No. 38): set for hearing on August 8, 2018 at 2:00 P.M.;

1. Defendant's opposition brief shall be filed and served on July 10, 2018;

2. Plaintiff's reply brief shall be filed and served on July 24, 2018; and

3. The Motion shall be heard on August 8, 2018 at 2:00 P.M. as currently scheduled.

IT IS SO ORDERED.

Dated: June 28, 2018

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE