SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
KAJSA M. MINOR (Bar #251222)
kminor@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
DANIEL M. PONIATOWSKI (Bar #306754)
dponiatowsky@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
SIMPSON STRONG-TIE COMPANY INC.

FOLEY GARDERE
PAUL V. STORM, ESQ.
pvstorm@foley.com
(*Admitted Pro Hac Vice*)
J. MICHAEL THOMAS, ESQ.
jmthomas@foley.com
(*Admitted Pro Hac Vice*)
2021 McKinney Ave., Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

FOLEY & LARDNER LLP
EILEEN R. RIDLEY, ESQ.
eridley@foley.com
ALAN R. OUELLETTE, ESQ.
aouellette@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: (415) 434-4484
Facsimile: (415) 434-4507

Attorneys for Defendant
OZ-POST INTERNATIONAL, LLC dba
OZCO BUILDING PRODUCTS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMPSON STRONG-TIE COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> OZ-POST INTERNATIONAL, LLC dba Ozco Building Products, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-01188 WHO <br><br> **ORDER GRANTING STIPULATION** <br><br> Judge: Hon. William H. Orrick <br><br> Complaint filed: February 23, 2018 |

Pursuant to stipulation and good cause having been shown, the Court sets the following briefing schedules on Claim Construction and on Defendant Oz-Post International LLC dba Ozco Building Products' Motion for Leave to Amend Infringement Contentions (the "Motion") (ECF No. 75):

1. Plaintiff Simpson Strong-Tie Company Inc.'s ("Plaintiff") Responsive Claim Construction Brief shall be filed and served on February 19, 2019;
2. Defendant's Reply Claim Construction Brief shall be filed and served on February 26, 2019;
3. The Claim Construction hearing shall occur on March 11, 2019 at 9:00 a.m. as currently scheduled;
4. Plaintiff's Opposition to the Motion shall be filed and served on March 6, 2019;
5. Defendant's Reply to the Motion shall be filed and served on March 13, 2019; and
6. The Motion shall be heard on March 27, 2019 at 2:00 p.m. as currently scheduled.

IT IS SO ORDERED.

Dated: February 8, 2019

HONORABLE WILLIAM H. ORRICK
NORTHERN CALIFORNIA UNITED STATES DISTRICT COURT JUDGE

8339861

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598