SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
KAJSA M. MINOR (Bar #251222)
kminor@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
ROEY Z. RAHMIL (Bar #273803)
rrahmil@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
SIMPSON STRONG-TIE COMPANY INC.

FOLEY GARDERE
PAUL V. STORM, ESQ.
pvstorm@foley.com
(*Admitted Pro Hac Vice*)
J. MICHAEL THOMAS, ESQ.
jmthomas@foley.com
(*Admitted Pro Hac Vice*)
2021 McKinney Ave., Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

FOLEY & LARDNER LLP
EILEEN R. RIDLEY, ESQ.
eridley@foley.com
ALAN R. OUELLETTE, ESQ.
aouellette@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: (415) 434-4484
Facsimile: (415) 434-4507

Attorneys for Defendant
OZ-POST INTERNATIONAL, LLC dba
OZCO BUILDING PRODUCTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMPSON STRONG-TIE COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> OZ-POST INTERNATIONAL, LLC dba Ozco Building Products, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-01188 WHO <br><br> **ORDER GRANTING STIPULATIONS** <br><br> Re: Dkt. Nos. 107, 112 <br><br> Judge: Hon. William H. Orrick <br><br> Complaint filed: February 23, 2018 |

Case No.
3:18-cv-01188 WHO

[PROPOSED] ORDER GRANTING STIPULATION
REGARDING BRIEFING SCHEDULE

Pursuant to stipulation and good cause having been shown, the Court sets the following briefing schedules on the Defendant Oz-Post International, LLC dba Ozco Building Products' ("Defendant") Motion To Strike (the "Motion") which was filed on September 3, 2019:

1. Opposition Briefs to be filed and served on September 24, 2019;
2. Reply Briefs shall be filed and served on October 8, 2019; and
3. The Motions shall be heard on October 23, 2019 at 2:00 p.m.

Also pursuant to stipulation, the Case Management Conference set for September 24, 2019 is continued to October 23, 2019 to coincide with the hearings on the motions. The parties shall file a joint statement by October 16, 2019.

**IT IS SO ORDERED.**

Dated: September 18, 2019



HONORABLE WILLIAM H. ORRICK
NORTHERN CALIFORNIA UNITED
STATES DISTRICT COURT JUDGE