SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
KAJSA M. MINOR (Bar #251222)
kminor@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:     (415) 421-6500
Facsimile:     (415) 421-2922

Attorneys for Plaintiff
SIMPSON STRONG-TIE COMPANY INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMPSON STRONG-TIE COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> OZ-POST INTERNATIONAL, LLC dba Ozco Building Products, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 3:18-cv-01188 WHO (TSH) <br><br> **ORDER OF DISMISSAL** |

PURSUANT TO STIPULATION, and good cause showing, the Court orders as follows:

1. This action is dismissed with prejudice.

2. Each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  November 2, 2020



HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

8789885

- 1 -

Case No.
3:18-cv-01188 WHO (TSH)         [PROPOSED] ORDER OF DISMISSAL